# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WILDA PÉREZ-IRIZARRY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 25-1148 (GLS) |

## ORDER

Plaintiff Wilda Pérez-Irizarry filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1.

On May 12, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 8. Plaintiff filed her Memorandum of Law on August 4, 2025. Docket No. 13. On September 22, ,2025, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 16.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of September 2025.

                                             s/Giselle López-Soler
                                             GISELLE LÓPEZ-SOLER
                                             United States Magistrate Judge